IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARLA GARCIA,

      Plaintiff,

v.                                                                Civ. No. 21-0372 KG/GJF

KILOLO KIJAKAZI,
*Acting Commissioner of the*
*Social Security Administration*,

      Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), this Court issues its separate judgment disposing of this civil case.

IT IS ORDERED that:

1.     Judgment is entered in favor of Defendant and against Plaintiff; and

2.     This case is dismissed with prejudice.

                                                                   UNITED STATES DISTRICT JUDGE